# Exhibit 2

Charted Claims:

Method Claims:1

| US8471812B2 | Tommy Hilfiger Mobile Application ("Accused Product") |
|---|---|
| 1. A method for identifying an object, the method comprising: | The accused product practices a method for identifying (e.g., detecting and searching similar products) an object (e.g., jacket, helmet, purse, etc.).<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect, and identify objects such as jacket, helmet, purse, etc. in an image. The image is scanned via the smartphone's camera. The accused product identifies different objects in the image. Once the objects are identified, similar products are searched. A list of these products is then presented to the user to view and buy.<br><br>**TOMMYNOW**<br>SNAP<br><br>**EXPERIENCE SHOPPING**<br>**TOMMYNOW SNAP** |

https://newsroom.tommy.com/tommynow-snap-app/

**STRATEGY AND EXECUTION**

• Consumer downloads free TH branded app in iOS App Store -> Search for TOMMYNOW SNAP.

• Consumer opens app where they will see a short description of how to use and then click 'get

started'.

• This will take consumer to their camera view where they can snap pictures of the looks (Note:

Consumers must agree to terms of use & privacy policy).

• While consumer snaps photos the app will be generating a list of all product featured.

• Once done snapping the consumer can view the list and click on items they are interested to

purchase, they will be taken to Tommy.com to complete purchase.

• Consumer can explore the #popular, my favorites, AR, and tommy flag tabs.

• All images will be saved to consumers' photos on their phone.

https://shortyawards.com/10th/tommy-hilfiger



https://newsroom.tommy.com/tommynow-snap-app/



https://newsroom.tommy.com/tommynow-snap-app/



https://shortyawards.com/10th/tommy-hilfiger



https://shortyawards.com/10th/tommy-hilfiger

| (a) providing a pointing and identification device for pointing at the object, | The accused product practices providing a pointing and identification device (e.g., smartphone with accused product enabled on it) for pointing at the object (e.g., jacket, helmet, purse, etc.).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. After enabling the accused product on a smartphone, the user scans a new object image. This image is used by the accused product to search and to identify and present similar products to the user. |

**STRATEGY AND EXECUTION**

• Consumer downloads free TH branded app in iOS App Store -> Search for TOMMYNOW SNAP.

• Consumer opens app where they will see a short description of how to use and then click 'get

started'.

• This will take consumer to their camera view where they can snap pictures of the looks (Note:

Consumers must agree to terms of use & privacy policy).

• While consumer snaps photos the app will be generating a list of all product featured.

• Once done snapping the consumer can view the list and click on items they are interested to

purchase, they will be taken to Tommy.com to complete purchase.

• Consumer can explore the #popular, my favorites, AR, and tommy flag tabs.

• All images will be saved to consumers' photos on their phone.

https://shortyawards.com/10th/tommy-hilfiger



https://newsroom.tommy.com/tommynow-snap-app/



https://newsroom.tommy.com/tommynow-snap-app/



https://www.youtube.com/watch?v=MVid9KFvedE



https://shortyawards.com/10th/tommy-hilfiger

| | |
|---|---|
| the pointing and identification device comprising: at least one actuation means for actuation by the user when the user points the pointing and identification device at the object; | The accused product comprises the pointing and identification device (e.g., smartphone with accused product enabled on it) comprising: at least one actuation means (e.g., snap button to capture and search for an object) for actuation by the user (e.g., click by the user) when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., jacket, helmet, purse, etc.).<br><br>As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a jacket, helmet, purse, etc.), and clicks on a snap button, an image of the pointed-at object is clicked. The object is then identified by the accused product and |

searched. Similar products are then identified and presented to the user.

**STRATEGY AND EXECUTION**

• Consumer downloads free TH branded app in iOS App Store -> Search for TOMMYNOW SNAP.

• Consumer opens app where they will see a short description of how to use and then click 'get

started'.

• This will take consumer to their camera view where they can snap pictures of the looks (Note:

Consumers must agree to terms of use & privacy policy).

• While consumer snaps photos the app will be generating a list of all product featured.

• Once done snapping the consumer can view the list and click on items they are interested to

purchase, they will be taken to Tommy.com to complete purchase.

• Consumer can explore the #popular, my favorites, AR, and tommy flag tabs.

• All images will be saved to consumers' photos on their phone.

https://shortyawards.com/10th/tommy-hilfiger



https://www.youtube.com/watch?v=MVid9KFvedE



https://shortyawards.com/10th/tommy-hilfiger



actuation means

https://www.youtube.com/watch?v=MVid9KFvedE

| | |
|---|---|
| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification device at the object | The accused product comprises a digital camera (e.g., camera of the smartphone with accused product enabled on it) for forming a digital image (e.g., image captured by the camera) of the object (e.g., jacket, helmet, purse, etc.) or of a portion of the object when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., jacket, helmet, purse, etc.) and actuates the at least one actuation means (e.g., snap button to capture and search for an object).<br><br>As shown below, when a user points a smartphone (with accused product installed on it), at |

| | |
|---|---|
| and actuates the at least one actuation means; | an object (such as an jacket, helmet, purse, etc.), and clicks on a search button, an image of the pointed-at object is clicked. The object is then identified by the accused application and searched. Similar products are then identified and presented to the user.<br><br>**STRATEGY AND EXECUTION**<br><br>• Consumer downloads free TH branded app in iOS App Store -> Search for TOMMYNOW SNAP.<br><br>• Consumer opens app where they will see a short description of how to use and then click 'get<br><br>started'.<br><br>• This will take consumer to their camera view where they can snap pictures of the looks (Note:<br><br>Consumers must agree to terms of use & privacy policy).<br><br>• While consumer snaps photos the app will be generating a list of all product featured.<br><br>• Once done snapping the consumer can view the list and click on items they are interested to<br><br>purchase, they will be taken to Tommy.com to complete purchase.<br><br>• Consumer can explore the #popular, my favorites, AR, and tommy flag tabs.<br><br>• All images will be saved to consumers' photos on their phone.<br><br>https://shortyawards.com/10th/tommy-hilfiger |



https://www.youtube.com/watch?v=MVid9KFvedE



https://shortyawards.com/10th/tommy-hilfiger



https://www.youtube.com/watch?v=MVid9KFvedE

| | |
|---|---|
| and a communication device for communicating the digital image to a different location when the user actuates the at least | The accused product comprises a communication device (e.g., wireless communication module and associated processor of the smartphone) for communicating the digital image (e.g., image captured by the camera) to a different location (e.g., Tommy Hilfiger server) when the user actuates the at least one actuation means (e.g., snap button to capture and search for an object).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. After |

| one actuation means; | enabling the accused product on a smartphone, the user scans a new object image. This image is searched by the accused product, stored at Tommy Hilfiger's servers (e.g., different locations), to identify and present similar products to the user. |
|---|---|
| | **STRATEGY AND EXECUTION**<br><br>• Consumer downloads free TH branded app in iOS App Store -> Search for TOMMYNOW SNAP.<br><br>• Consumer opens app where they will see a short description of how to use and then click 'get<br><br>started'.<br><br>• This will take consumer to their camera view where they can snap pictures of the looks (Note:<br><br>Consumers must agree to terms of use & privacy policy).<br><br>• While consumer snaps photos the app will be generating a list of all product featured.<br><br>• Once done snapping the consumer can view the list and click on items they are interested to<br><br>purchase, they will be taken to Tommy.com to complete purchase.<br><br>• Consumer can explore the #popular, my favorites, AR, and tommy flag tabs.<br><br>• All images will be saved to consumers' photos on their phone.<br><br>https://shortyawards.com/10th/tommy-hilfiger |



https://www.youtube.com/watch?v=MVid9KFvedE



https://shortyawards.com/10th/tommy-hilfiger



https://www.youtube.com/watch?v=MVid9KFvedE



https://newsroom.tommy.com/tommynow-snap-app/

# Privacy Policy

**Last Updated – January 2026**

Tommy Hilfiger U.S.A Inc., ("Tommy Hilfiger") is committed to respecting the privacy rights of our customers and all visitors to our web sites, web pages, interactive features, applications, blogs, social networks, and other online or wireless offerings, that post a link to this Privacy Policy. This Privacy Policy applies to the information gathered through the use of www.usa.tommy.com, and any other websites or mobile applications that we own and control and that link to this policy. This policy also applies to emails, in-store activities, such as purchases and Wi-Fi use, as well as marketing activities.

In order to handle your purchases, provide customer service, improve our products and services, provide in-person experiences or events, engage with may ask you to provide your:

- Identifiers: such as your name, postal address, email address, social media handle, telephone number, or identification materials used to verify eligibility for discounts and other offers;
- Demographic information: such as your age, date of birth, or gender;
- Transaction information: such as information regarding purchases, returns or exchanges; product reviews you provide; clothing size/fit information; and communications between us;
- Payment information, including gift card information; and
- User generated content (UGC): such as photos, videos, blog posts, social media posts, or direct or personal messages sent to us on social media platforms.

https://usa.tommy.com/en/privacy-policy.html

| | |
|---|---|
| | **TOMMY ≡ HILFIGER**    New    Summer Collection    Men    Women    Kids    Shoes & Accessories    Tommy Jeans    Sale<br><br>We may store or process your personal information on servers in jurisdictions outside of Canada, including in the United States of America. While your personal information is in a jurisdiction it may be accessed by the courts, law enforcement and national security authorities of that jurisdiction, or otherwise, in accordance with the laws applicable in that jurisdiction.<br><br>https://usa.tommy.com/en/privacy-policy.html |
| (b)    communicating the digital image to the different location; | The accused product practices communicating the digital image (e.g., image captured by the camera) to the different location (e.g., Tommy Hilfiger server).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image is taken. This image is then used by the accused product to search across Tommy Hilfiger's server (e.g., different locations). Similar products are then identified and presented to the user. |



https://newsroom.tommy.com/tommynow-snap-app/

# Privacy Policy

**Last Updated – January 2026**

Tommy Hilfiger U.S.A Inc., ("Tommy Hilfiger") is committed to respecting the privacy rights of our customers and all visitors to our web sites, web pages, interactive features, applications, blogs, social networks, and other online or wireless offerings, that post a link to this Privacy Policy. This Privacy Policy applies to the information gathered through the use of www.usa.tommy.com, and any other websites or mobile applications that we own and control and that link to this policy. This policy also applies to emails, in-store activities, such as purchases and Wi-Fi use, as well as marketing activities.

In order to handle your purchases, provide customer service, improve our products and services, provide in-person experiences or events, engage with may ask you to provide your:

- Identifiers: such as your name, postal address, email address, social media handle, telephone number, or identification materials used to verify eligibility for discounts and other offers;
- Demographic information: such as your age, date of birth, or gender;
- Transaction information: such as information regarding purchases, returns or exchanges; product reviews you provide; clothing size/fit information; and communications between us;
- Payment information, including gift card information; and
- User generated content (UGC): such as photos, videos, blog posts, social media posts, or direct or personal messages sent to us on social media platforms.

https://usa.tommy.com/en/privacy-policy.html

| | |
|---|---|
| | **TOMMY ▆ HILFIGER**    New    Summer Collection    Men    Women    Kids    Shoes & Accessories    Tommy Jeans    Sale<br><br>We may store or process your personal information on servers in jurisdictions outside of Canada, including in the United States of America. While your personal information is in a jurisdiction it may be accessed by the courts, law enforcement and national security authorities of that jurisdiction, or otherwise, in accordance with the laws applicable in that jurisdiction.<br><br>https://usa.tommy.com/en/privacy-policy.html |
| (c) automatically identifying a list of likely pointed-to objects from the digital image at the different location to return the list of likely pointed-to objects; and | The accused product practices automatically identifying a list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) from the digital image (e.g., image captured by the camera) at the different location (e.g., Tommy Hilfiger server) to return the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed to identify the object in the image. The object is then searched by the accused product across Tommy Hilfiger server (e.g., different locations). Products similar to the object in the image, are identified, and presented to the user. The user can thereafter view and buy these products. |

**STRATEGY AND EXECUTION**

• Consumer downloads free TH branded app in iOS App Store -> Search for TOMMYNOW SNAP.

• Consumer opens app where they will see a short description of how to use and then click 'get

started'.

• This will take consumer to their camera view where they can snap pictures of the looks (Note:

Consumers must agree to terms of use & privacy policy).

• While consumer snaps photos the app will be generating a list of all product featured.

• Once done snapping the consumer can view the list and click on items they are interested to

purchase, they will be taken to Tommy.com to complete purchase.

• Consumer can explore the #popular, my favorites, AR, and tommy flag tabs.

• All images will be saved to consumers' photos on their phone.

https://shortyawards.com/10th/tommy-hilfiger



https://newsroom.tommy.com/tommynow-snap-app/

# Privacy Policy

**Last Updated – January 2026**

Tommy Hilfiger U.S.A Inc., ("Tommy Hilfiger") is committed to respecting the privacy rights of our customers and all visitors to our web sites, web pages, interactive features, applications, blogs, social networks, and other online or wireless offerings, that post a link to this Privacy Policy. This Privacy Policy applies to the information gathered through the use of www.usa.tommy.com, and any other websites or mobile applications that we own and control and that link to this policy. This policy also applies to emails, in-store activities, such as purchases and Wi-Fi use, as well as marketing activities.

In order to handle your purchases, provide customer service, improve our products and services, provide in-person experiences or events, engage with may ask you to provide your:

- Identifiers: such as your name, postal address, email address, social media handle, telephone number, or identification materials used to verify eligibility for discounts and other offers;
- Demographic information: such as your age, date of birth, or gender;
- Transaction information: such as information regarding purchases, returns or exchanges; product reviews you provide; clothing size/fit information; and communications between us;
- Payment information, including gift card information; and
- User generated content (UGC): such as photos, videos, blog posts, social media posts, or direct or personal messages sent to us on social media platforms.

https://usa.tommy.com/en/privacy-policy.html



We may store or process your personal information on servers in jurisdictions outside of Canada, including in the United States of America. While your personal information is in a jurisdiction it may be accessed by the courts, law enforcement and national security authorities of that jurisdiction, or otherwise, in accordance with the laws applicable in that jurisdiction.

https://usa.tommy.com/en/privacy-policy.html



https://shortyawards.com/10th/tommy-hilfiger

| | |
|---|---|
| (d) returning the list of likely pointed-to objects to the user to select one of the likely pointed-to | The accused product practices returning the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) to the user to select (e.g., click to view and buy) one of the likely pointed-to objects (e.g., objects similar to the objects identified in an image). |

| objects; | As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed to identify the object in the image. The object is then searched by the accused product. Products similar to the object in the image, are identified, and presented to the user. The user can thereafter view and buy these products. |
|---|---|
| | **STRATEGY AND EXECUTION** |
| | • Consumer downloads free TH branded app in iOS App Store -> Search for TOMMYNOW SNAP. |
| | • Consumer opens app where they will see a short description of how to use and then click 'get started'. |
| | • This will take consumer to their camera view where they can snap pictures of the looks (Note: Consumers must agree to terms of use & privacy policy). |
| | • While consumer snaps photos the app will be generating a list of all product featured. |
| | • Once done snapping the consumer can view the list and click on items they are interested to purchase, they will be taken to Tommy.com to complete purchase. |
| | • Consumer can explore the #popular, my favorites, AR, and tommy flag tabs. |
| | • All images will be saved to consumers' photos on their phone. |
| | https://shortyawards.com/10th/tommy-hilfiger |



https://www.youtube.com/watch?v=MVid9KFvedE



https://shortyawards.com/10th/tommy-hilfiger



returning the list of likely pointed-to objects

LEATHER SPEED JACKET $595    RACING JEAN $189.50

https://shortyawards.com/10th/tommy-hilfiger

| wherein the object is at least one of a spot on a displayed image on a display, a subarea of a space on | The accused product practices - wherein the object (e.g., jacket, helmet, purse, etc.) is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects (e.g., one of the multiple objects in an image) in the displayed image (e.g., image captured using smartphone camera) on the display (e.g., smartphone display), an object in space, or near an object in space, a subarea |

| the displayed image on the display, one of a plurality of objects in the displayed image on the display, an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space | of a surface in space, or one of a plurality of objects in space. |
|---|---|
| | As shown below, the accused product, when enabled on a user's smartphone, is used to detect and identify objects such as jacket, helmet, purse, etc. in an image. When a user uses the accused product, and clicks on snap button, an image of surroundings can be taken using the smartphone's camera. This digital image is then analysed by the accused product to identify objects. Among multiple objects (e.g., jacket, helmet, purse, etc.) identified in the image, the user can select to search for a specific object (e.g., jacket). Products similar to the selected object are then searched. These products are then presented to the user to view and buy.<br><br>**STRATEGY AND EXECUTION**<br><br>• Consumer downloads free TH branded app in iOS App Store -> Search for TOMMYNOW SNAP.<br><br>• Consumer opens app where they will see a short description of how to use and then click 'get<br><br>started'.<br><br>• This will take consumer to their camera view where they can snap pictures of the looks (Note:<br><br>Consumers must agree to terms of use & privacy policy).<br><br>• While consumer snaps photos the app will be generating a list of all product featured.<br><br>• Once done snapping the consumer can view the list and click on items they are interested to<br><br>purchase, they will be taken to Tommy.com to complete purchase.<br><br>• Consumer can explore the #popular, my favorites, AR, and tommy flag tabs.<br><br>• All images will be saved to consumers' photos on their phone.<br><br>https://shortyawards.com/10th/tommy-hilfiger |



https://www.youtube.com/watch?v=MVid9KFvedE



https://shortyawards.com/10th/tommy-hilfiger



https://shortyawards.com/10th/tommy-hilfiger



https://shortyawards.com/10th/tommy-hilfiger